UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                Case No. 3:18-CR-54

JACOB JASON,

    Defendant.

---

### JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open Court on April 22, 2021, the Defendant appeared with Counsel for final disposition on revocation of his supervised release. The Court having previously found Defendant in violation of his supervised release proceeded immediately to sentencing. The Court ORDERS that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months. The Court recommends to the Bureau of Prisons he be accorded all allowable presentence credit for time spent incarcerated on said offense.

The sentence is to be followed by a period of one (1) year of supervised release with the curfew component of the location monitoring program for a period of 180 days. While on curfew he shall be restricted to his residence everyday from 8:00 pm to 8:00 am, or as directed by the probation office. He shall be shall be monitored by GPS and abide by all the requirements established by the probation office related to the use of the location monitoring technology. He shall pay all or part of the costs of location monitoring based on his ability to pay as determined by the probation officer.

All other special conditions of supervised release shall be reimposed.

The Court recommends to the Bureau of Prisons that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.

The Defendant was explained his right of appeal and indicated an understanding of same.

IT IS SO ORDERED.

Date: **May 5, 2021**

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT